1  ALAN R. BRAYTON, ESQ., S.B. #73685
   LLOYD F. LEROY, ESQ., S.B. #203502
2  BRAYTON❖PURCELL LLP
   ATTORNEYS AT LAW
3  222 Rush Landing Road
   P.O. Box 6169
4  Novato, California  94948-6169
   (415) 898-1555
5  (415) 898-1247 Fax

6  Attorneys for Plaintiffs

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12
   NANCY MARQUIS, Individually, as          )   No.  C06-3158 SC
13 Wrongful Death Heir, and as Successor-in- )
   Interest to JAMES N. MARQUIS,            )   STIPULATION AND
14 Deceased; and JAMES MARQUIS and          )   [PROPOSED] ORDER DISMISSING
   CHAD MARQUIS, as Legal Heirs of          )   DEFENDANT NORTHROP GRUMMAN
15 JAMES N. MARQUIS, Deceased,              )   CORPORATION WITH PREJUDICE AND
                                            )   REMANDING CASE TO CALIFORNIA
16            Plaintiffs,                   )   SUPERIOR COURT
                                            )
17 vs.                                      )
                                            )
18 ASBESTOS DEFENDNATS (BP), et al.,        )
                                            )
19            Defendants.                   )
                                            )
20                                          )
   NORTHROP GRUMMAN                         )
21 CORPORATION,                             )
                                            )
22            Removing Defendant.           )
                                           /
23

24     WHEREAS:

25         (1) This case consists of an asbestos survival and wrongful death action originally filed

26 in Superior Court of California, County of San Francisco (the "State Court"), Case No. CGC-06-

27 449885, in which the surviving spouse and children of Decedent JAMES N. MARQUIS

28 ///

1  ("Plaintiffs") allege product liability claims against Defendant Northrop Grumman Corporation
2  ("NGC"), among others.
3      (2) Defendant NGC filed its Notice of Removal of the State action on May 11, 2006 on
4  "federal officer" grounds pursuant to 28 U.S.C. Section 1442(a)(1).
5      (3) Plaintiffs and NGC have agreed to and do hereby stipulate that NGC should be
6  dismissed from this action with prejudice pursuant to FRCP 41(a)(2), with each party to bear
7  their own costs.
8      IT IS HEREBY STIPULATED by and between Plaintiffs and NGC, through their
9  designated counsel, that because the removing defendant, NGC, is hereby dismissed with
10 prejudice from this case, no grounds exist for continued juridiction in this court, and remand to
11 the State court is appropriate at this time.
12     Accordingly, the Plaintiffs and NGC petition this court for an order dismissing NGC
13 with prejudice and remanding the case to the State Court, pursuant to this Stipulation.

Dated: May 26, 2006            BRAYTON ❖ PURCELL LLP

By: _____
    Lloyd F. LeRoy
    Attorneys for Plaintiffs,
    NANCY MARQUIS, et al.

Dated: May 25, 2006            HAIGHT BROWN & BONESTEEL, LLP

By: _____
    Daniel J. Kelly
    Attorneys for Defendant
    NORTHROP GRUMMAN CORPORATION

///
///
///

K:\Injured\1K840\USDC-STIP TO DISMIS-REMAND.wpd                    2
STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT NORTHROP GRUMMAN
CORPORATION WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT
C06-3158

**ORDER:**

**IT IS SO ORDERED.**

Dated: _____6/8/06_____



IT IS SO ORDERED
Judge Samuel Conti

K:\Injured\18840\USDC-STIP TO DISMIS-REMAND.wpd                                        3
STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT NORTHROP GRUMMAN
CORPORATION WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT
C06-3158

PROOF OF SERVICE

I am employed in the County of Marin, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 222 Rush Landing Road, Novato, California 94948-6169.

On May 26, 2006, I served the attached:

**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT NORTHROP GRUMMAN CORPORATION WITH PREJUDICE AND REMANDING CASE TO CALIFORNIA SUPERIOR COURT**
**Nancy Marquis, et al. v. Asbestos Defs (Northrop Grumman Corp.)**
**USDC No. C06-3158 SC**

on the interested parties in this action by transmitting a true copy thereof in a sealed envelope, and each envelope addressed as follows:

NORTHROP GRUMMAN CORP.
c/o Daniel J. Kelley, Esq.
HAIGHT BROWN & BONESTEEL LLP
71 Stevenson Street, 20th Floor
San Francisco, CA 94105-2981
(415) 546-7500
(415) 546-7505 Fax

　　XXX  BY OFFICE MAILING: I am readily familiar with this office's practice of collection and processing correspondence, pleadings and other matters for mailing with the United States Postal Service on that same day with postage thereon fully prepaid at Novato, California in the ordinary course of business. I placed in the outgoing office mail, the above-described document(s), in a sealed envelope, addressed to the party(ies) as stated above, for collection and processing for mailing the same day in accordance with ordinary office practices.

Executed this **May 26, 2006** at Novato, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
JANE A. EHNI

BRAYTON♦PURCELL
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
NOVATO, CALIFORNIA 94945
(415) 898-1555

G:\POS\MULTIP.WPD                    1